**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 98-7255**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY MERRICK, a/k/a C,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern Dis-trict of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CR-94-163, CA-98-754-2)

—————

Submitted: April 29, 1999          Decided: May 5, 1999

—————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Anthony Merrick, Appellant Pro Se. Laura P. Tayman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Merrick appeals the district court's order (1) directing the United States to respond to his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion and (2) denying his motions for recusal and appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2